**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**WILLIAM LEIMAN,**

      **Plaintiff,**

**vs.**                                                           **Case No. 5:05cv48-RH/WCS**

**AL SOLOMON, Warden, et al.,**

      **Defendants.**

_____/

**REPORT AND RECOMMENDATION**

In an order entered March 10, 2005, Plaintiff was advised that review of his pending complaint would be deferred because he failed to pay the required $250 filing fee, or file a motion for leave to proceed *in forma pauperis*. Doc. 2. Plaintiff has now submitted his motion to proceed *in forma pauperis*. Doc. 4. For the reasons that follow, Plaintiff's *in forma pauperis* motion should be denied.

Plaintiff's inmate account statement submitted with his motion reveals that his current account balance is $319.97. Thus, Plaintiff has sufficient funds with which

to pay the court's $250.00 filing fee.[1]  Therefore, Plaintiff's *in forma pauperis* motions should be denied.

Accordingly, it is **RECOMMENDED** that Plaintiff's *in forma pauperis* motion, doc. 4, should be **DENIED** and Plaintiff be given 20 days from the docketing of the order adopting this report and recommendation in which to pay the $250.00 filing fee.

**IN CHAMBERS** at Tallahassee, Florida, this 17th day of March, 2005.

s/ William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

---

[1] Plaintiff's consent form which accompanied the *in forma pauperis* motion informed him that if he had more than $300.00 in his account, he would not qualify for *in forma pauperis* status.  See doc. 5, page 1, ¶2.

Case No. 5:05cv48-RH/WCS